FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 27 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY BALCOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:08-CV-1841-TCB |
| ARS NATIONAL SERVICES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On June 19, 2008, the Plaintiff filed an Acceptance of Offer of Judgment [9]. The Court hereby DIRECTS the Clerk to administratively close the case. The parties shall execute the settlement documents and file the dismissal no later than August 1, 2008. Should settlement negotiations fail, parties may move to reopen this case within the designated period for

filing the dismissal documents[1].

It is so ORDERED this 27th day of June, 2008.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. Parties need only file a motion to re-open the case before the deadline indicated. In addition, this order will not prejudice the rights of the parties to this litigation in any manner.

2