# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMY BALCOM,<br>  Plaintiff | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>) 1:08-CV-1841-TCB-JFK<br>)<br>) |
| vs. | |
| ARS NATIONAL SERVICES, INC.,<br>  Defendant | |

## PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff, Amy Balcom, hereby acknowledges that the judgment herein has been paid and satisfied in full.

Dated: This 6th day of August, 2008.

                Respectfully submitted,

                LAW OFFICE OF LISA D. WRIGHT, LLC

                By:   s/Lisa D. Wright
                        Lisa D. Wright
                        Attorney for Plaintiff
                        Georgia State Bar No. 268781

235 Peachtree Street, NE Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)
attorneywright@prodigy.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMY BALCOM,<br> Plaintiff | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>) 1:08-CV-1841-TCB-JFK<br>)<br>)<br>) |
| vs. | |
| ARS NATIONAL SERVICES, INC.,<br> Defendant | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed this Notice of Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Mr. John Bedard, Jr., Esquire
    Ms. Suzanne Haley, Esquire

Dated: This 6th day of August, 2008.

    Respectfully submitted,

    LAW OFFICE OF LISA D. WRIGHT, LLC

  By: s/Lisa D. Wright
    Lisa D. Wright
    Attorney for Plaintiff
    Georgia State Bar No. 268781

235 Peachtree Street, NE, Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)
attorneywright@prodigy.net